UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------X

SHAUL STERN, Individually and as legal representative     Case No.: 1:00CV02602 (RCL)
of the Estate of LEAH STERN, JOSEPH STERN,
SHIMSON STERN, YOCHEVED KUSHNER,

                      Plaintiffs,

                      -against-

THE ISLAMIC REPUBLIC OF IRAN,
(aka Iran, The Republic of Iran, The Government of Iran,
Iranian Government, and Imperial Government of Iran)
THE IRANIAN MINISTRY OF INFORMATION
AND SECURITY, AYATOLLAH ALI HOSEINI
KHAMENEI, ALI AKBAR HASHEMI-RAFSANJANI, and
ALI FALLAHIAN-KHUZESTANI,

                      Defendants.

-----------------------------------------------------------------X

**FILED**
JUL 17 2003
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FILED**
JUL 18 2003
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

## ORDER AND JUDGMENT

For the reasons set forth in the accompanying Findings of Fact and Conclusions of Law, it is hereby

ORDERED that judgment be and it is entered on behalf of Leah Stern's surviving children, Plaintiffs Joseph Stern, Shimson Stern, Shaul Stern and Yocheved Kushner against Defendants, The Islamic Republic of Iran, the Iranian Ministry of Information and Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani and Ali Fallahian-Khuzestani, jointly and severally, for solatium, in the total amount of TWELVE MILLION DOLLARS ($12,000,000.00), allocated as follows: to Decedent's son, Joseph Stern, THREE MILLION

DOLLARS ($3,000,000.00); to Decedent's daughter Yocheved Kushner, THREE MILLION DOLLARS ($3,000,000.00); Decedent's son, Shimson Stern, THREE MILLION DOLLARS ($3,000,000.00); to Decedent's son, Shaul Stern, THREE MILLION DOLLARS ($3,000,000.00), and it is further

ORDERED that judgment be and it is entered on behalf of Plaintiff, SHAUL STERN, Individually and as legal representative of the Estate of Leah Stern against Defendants, The Islamic Republic of Iran, the Iranian Ministry of Information and Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani and Ali Fallahian-Khuzestani, jointly and severally, for the conscious pain and suffering of Leah Stern in the amount of ONE MILLION DOLLARS ($1,000,000.00), and it is further

ORDERED that judgment be and it is entered on behalf of Plaintiff, SHAUL STERN, Individually and as legal representative of the Estate of Leah Stern against Defendants, the Iranian Ministry of Information and Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani and Ali Fallahian-Khuzestani, jointly and severally, for punitive damages in the amount of THREE HUNDRED MILLION DOLLARS ($300,000,000.00), and it is further

ORDERED that the caption in this matter is amended so that it appears as follows:

SHAUL STERN, Individually and as legal representative
of the Estate of LEAH STERN, JOSEPH STERN,
SHIMSON STERN, YOCHEVED KUSHNER,

                                              Plaintiffs,

-against-

THE ISLAMIC REPUBLIC OF IRAN,
(aka Iran, The Republic of Iran, Republic of Iran, The
Government of Iran, Iranian Government, and
Imperial Government of Iran)
THE IRANIAN MINISTRY OF INFORMATION
AND SECURITY, AYATOLLAH ALI HOSEINI
KHAMENEI, ALI AKBAR HASHEMI-RAFSANJANI, and
ALI FALLAHIAN-KHUZESTANI,

                                              Defendants.

; and it is further

      ORDERED that the Clerk of Court shall cause a copy of this Order and Judgment and the accompanying Findings of Fact and Conclusions of Law to be transmitted to the United States Department of State, to be translated into Farsi for diplomatic service upon the Defendants in accordance with the provisions of 28 U.S.C. §1608, with the costs of translation to be paid by the Plaintiffs.

      SO ORDERED.

DATE: 7-17-03

                                                      Royce C. Lamberth
                                                      United States District Judge