UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
----------------------------------------------------------------X

SHAUL STERN, *et al.*,
    Plaintiffs-Judgment Creditors,
  v.
ISLAMIC REPUBLIC OF IRAN, and THE IRANIAN
MINISTRY OF INFORMATION AND SECURITY,
    Defendant-Judgment Debtors,

Civ. No: 00-2602 (RCL)

----------------------------------------------------------------X

## [PROPOSED] ORDER

Upon consideration of plaintiffs' Motion for an Order to Revive Judgment Pursuant to D.C. Code §15-101, it is hereby:

**ORDERED** that the Motion is **GRANTED**. The Judgment in this case [DE 21] is hereby revived pursuant to D.C. Code §15-101.

**IT IS SO ORDERED.**

Dated: 7/17/15

_____
United States District Judge